IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME BEARDEN,

    Plaintiff,

v.

ALAMEDA COUNTY,

    Defendant.

No. C 18-02495 JSW

**ORDER TO SHOW CAUSE**

This matter is set for a hearing on November 9, 2018 on the motion to dismiss filed by defendant Alameda County. Pursuant to Local Civil Rule of the Northern District 7-3, plaintiff Jerome Bearden's opposition or statement of non-opposition was due to be filed and served by October 12, 2018. To date, Plaintiff has not filed any opposition or statement of non-opposition, but has filed a second amended complaint.

Defendant is HEREBY ORDERED TO SHOW CAUSE in writing, by October 26, 2018, whether its motion to dismiss applies with equal force to the second amended complaint or whether the Court should accept the amended pleading and require Defendant to re-file a motion to dismiss.

The hearing set for November 9, 2018 at 9:00 a.m. is HEREBY VACATED and may be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated: October 17, 2018

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE